# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00610-CV

**Jeffrey R. Boggess, Appellant**

**v.**

**Martha Boggess, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. FM403861, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jeffrey R. Boggess has notified this Court that he has filed a petition for bankruptcy (Cause No. 0543010, United States Bankruptcy Court, N.D. Texas, Fort Worth Division). Accordingly, the appeal is abated. *See* 11 U.S.C. § 362; Tex. R. App. P. 8. It is the parties' responsibility to notify the Court as soon as possible if an event occurs that would allow reinstatement. See Tex. R. App. P. 8.3. Failure to notify the Court of an event allowing reinstatement may result in dismissal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed:   April 21, 2005